IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-243-BO

| | |
|---|---|
| FELICIA GRADY LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | REMAND ORDER |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |

The Defendant has moved to remand this case in accordance with sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further administrative proceedings. The Plaintiff concurs with the Motion.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision and remands the case to the Commissioner for further proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

This is a final judgment. The Clerk of Court shall enter judgment in accordance with Rules 58 and 79 of the Federal Rules of Civil Procedure and is directed to close the case.

SO ORDERED this _25_ day of _March_, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE