UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| FELICIA GRADY LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:14-CV-243-BO** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on March 26, 2015, and Copies To:**

| | |
|---|---|
| Michael Gray Gillespie | (via CM/ECF Notice of Electronic Filing) |
| James B. Gillespie, Jr. | (via CM/ECF Notice of Electronic Filing) |
| Robert K. Crowe | (via CM/ECF Notice of Electronic Filing) |

DATE:                                                  JULIE RICHARDS JOHNSTON, CLERK

March 26, 2015                         (By) /s/ Linda Downing
                                                                 Deputy Clerk