IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
**No. 7:14-CV-243-BO**

| | | |
|---|---|---|
| FELICIA GRADY LEE, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING ATTORNEY** |
| | ) | **FEES UNDER THE EQUAL** |
| v. | ) | **ACCESS TO JUSTICE ACT** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff the sum of $6,000.00 in attorney's fees in full satisfaction of any and all claims arising

under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to

the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel,

Michael G. Gillespie, and mailed to his office at 415 Chestnut Street, Wilmington, North

Carolina 28401, in accordance with Plaintiff's assignment to her attorney of her right to payment

of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this day *23* of *April* 2015,

Terrence W. Boyle
United States District Judge